UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

       -v-                                                        23 Mag. 7705 (JPC)

NATALIE CREDELL,                                    <u>ORDER</u>

                      Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The guilty plea conference is scheduled for June 12, 2024, at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. By June 11, 2024, at 3:00 p.m., the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant's remand will be mandatory in the event that she enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                        United States District Judge