# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23 MAG 7705**              Date **11/4/2024**

USAO No. **2024R00028**

The Government respectfully requests the Court to dismiss without prejudice the

☑ Complaint      ☐ Removal Proceedings in

*United States v.* **Michael Thompson**

The Complaint/Rule 40 Affidavit was filed on **December 31, 2023**

*U.S. Marshals please withdraw warrant*

**ADAM MARGULIES**
*Digitally signed by ADAM MARGULIES*
*Date: 2024.11.04 12:39:02 -05'00'*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **November 6, 2024**

*/s/ Jennifer E. Willis*

UNITED STATES MAGISTRATE JUDGE